Certificate Number: 16339-CAN-DE-038741371

Bankruptcy Case Number: 24-51107


16339-CAN-DE-038741371

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 6, 2024, at 5:07 o'clock PM EDT, Jeffery Strachan completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: August 6, 2024        By:    /s/Kelley Tipton

                            Name:  Kelley Tipton

                            Title: Certified Financial Counselor